IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PATRICIA DOWD,

        Appellant,

                                Case No. 5D21-2953
v.                                  LT Case No. 2016-CA-016915-X


CITIZENS PROPERTY INSURANCE
CORPORATION,

        Appellee.
_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Matthew G. Struble and Christine M. Deis,
of Struble, P.A., Indialantic, for Appellant.

Maureen G. Pearcy, of Paul R. Pearcy,
P.A., Miami, and Richard L. Barry and
Adam M. Miller, of GrayRobinson, P.A.,
Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.


EVANDER, COHEN and TRAVER, JJ., concur.